UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00220-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Vs. )<br>)<br>**KENNETH BELL,** )<br>)<br>Defendant. ) | ORDER |

**THIS MATTER** is before the court on the court's own Motion to Continue. Review of the pleadings reveals that defendant has had less than 30 days since arraignment and appearance of counsel and has not filed a written waiver of his right to at least 30 days to prepare.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the court's own Motion to Continue is **GRANTED,** and the court finds the delay caused by such continuance shall be excluded in accordance with 18 U.S.C. § 3161(c)(2) & (h)(7)(B)(iv), as trial is scheduled less than 30 days from arraignment and appearance of counsel, and failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, the ends of justice served by granting such continuance outweigh the best interests of the public and the defendant in a speedy trial. This matter is continued to the November 2013 term,

and the time is excluded.

Signed: September 13, 2013

Max O. Cogburn Jr.
United States District Judge