UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00220-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) | |
| Vs. | ) ) | ORDER |
| **KENNETH BELL,** | ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion for Order of Forfeiture. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Order of Forfeiture (#26) is calendared for hearing at a time to be noticed by the Clerk of Court.

Signed August 8, 2014

Max O. Cogburn Jr.
United States District Judge