UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.13:cr220-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **CONSENT ORDER AND** |
| v. | ) | **JUDGMENT OF FORFEITURE** |
| | ) | |
| KENNETH BELL, | ) | |
| | ) | |
| Defendant. | ) | |

BASED UPON the defendant's plea of guilty, consent to forfeiture, and the evidence in the record, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 924(d), 18 U.S.C. § 982, 18 U.S.C. § 3665, 21 U.S.C. § 853, 26 U.S.C. § 5872, and/or 28 U.S.C. § 2461(c):

   **A monetary judgment in the amount of $150,000, which represents proceeds obtained, directly or indirectly, from defendant's violation(s) of 21 U.S.C. § 846.**

2. A forfeiture money judgment in the amount of $150,000 shall be included in the defendant's sentence, and the United States may take steps to collect the judgment from any property of the defendant, including but not limited to the defendant's interest in assets currently owned or subsequently acquired, in accordance with the substitute asset provisions of 21 U.S.C. § 853(p); provided, the value of any forfeited specific assets shall be credited toward satisfaction of this money judgment upon liquidation.

3. The defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against defendant.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

_____
WILLIAM A. BRAFFORD
Assistant United States Attorney

_____
KENNETH BELL
Defendant

_____
S. FREDERICK WINIKER
Attorney for Defendant

Signed this the 26th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE