UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00220-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KENNETH BELL,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Amend. Having considered defendant's motion and reviewed the pleadings, and it appearing that both the government and the defendant consent to the relief sought and that the resulting sentence is appropriate based on consideration of the Section 3553(a) factors, which indicate a need for defendant to participate in certain programs while incarcerated and require a minimum period of incarceration of 31 months, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Amend (#40) is **GRANTED**, and the sentence of active time imposed in this matter is amended to provide for 31 months incarceration. The Clerk of Court shall reflect such amendment in the proposed Judgment. All other conditions remain the same.

Signed: November 21, 2014

Max O. Cogburn Jr.
United States District Judge