To: The Honorable Max O. Cogburn, Jr.
U.S. District Court Judge

From: Jessica Isaacs
U.S. Probation Officer

Subject: Kenneth Bell
Case Number: 0419 3:13CR00220-001
OUT-OF-COUNTRY TRAVEL

Date: February 2, 2017



**NORTH CAROLINA WESTERN MEMORANDUM**

---

On November 14, 2014, the above referenced individual appeared before Your Honor after having pleaded guilty to Conspiracy to Manufacture and Possess with Intent to Manufacture and Distribute Marijuana, in violation of 21 U.S.C. 846 and 841(b)(1)(A), a Class A Felony. He was sentenced to 31 months' imprisonment, followed by a two (2) year term of supervised release.

On 09/08/2016, Mr. Bell commenced his term of supervised release in the Western District of North Carolina. Since commencing his term of supervision, Mr. Bell has been compliant with the conditions of release. Mr. Bell has submitted to urinalysis on 09/12/2016, 11/14/2016, and 01/26/2017. All drug tests have yielded negative results for all illicit substances. The $100 special assessment fee was satisfied while Mr. Bell was in the custody of the Bureau of Prisons (BOP). He does not owe any other financial obligations.

Mr. Bell is requesting to travel March 18, 2017 through March 24, 2017, with his children and significant other to the Dreams La Romana Resort located at Playa Bayahibe, La Romana, P.O. Box 80, Dominican Republic. Based on his adjustment to supervision thus far we do not have any objections to Mr. Bell's request to travel.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7649, should you have any questions.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: February 2, 2017

Max O. Cogburn Jr.
United States District Judge