UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00220-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KENNETH BELL,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Early Termination of Supervised Release. The Court has conferred with defendant's Supervising Officer, USPO Debnam, who confirms that defendant has successfully completed more than one year of his two term of supervision, that he has paid his special assessment, that he has had no positive urinalysis to date, and that he has complied with all of his conditions thus far. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Supervised Release (#48) is **GRANTED**, and supervision is terminated early as successfully completed.

Signed: January 4, 2018

Max O. Cogburn Jr.
United States District Judge

1